1008

## Anthony LABRIZETTA v. UNITED STATES of America.
### No. 7347.

Circuit Court of Appeals, Sixth Circuit.
Nov. 2, 1937.

Howell Leuck, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing from motion and affidavit of Howell Leuck, counsel for appellant, that said appellant, Anthony Labrizetta, was granted a full and unconditional pardon by the President of the United States on July 19, 1937, and that said appellant was released from the custody of the United States marshal on July 21, 1937, on consideration whereof, it is ordered that the mandate of this court pursuant to judgment of April 6, 1937, 89 F.2d 1018, be not issued and that this cause be stricken from the docket.

## David LANG v. UNITED STATES of America.
### No. 7407.

Circuit Court of Appeals, Sixth Circuit.
Oct. 8, 1937.

Oscar A. Riopelle, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to dismiss appeal has been filed by appellee, accompanied by certificate of the clerk of the District Court as provided by rule 18, and it further appearing that appellant has failed to file the record by or before the return day, on consideration whereof, it is ordered that the appeal be, and the same is hereby, dismissed.

## Jay Lewis LEVENSON v. The UNITED STATES of America.
### No. 6266.

Circuit Court of Appeals, Seventh Circuit.
Oct. 8, 1937.

John M. Stinson and Alvin B. Lowe, both of Hammond, Ind., for appellant.

James R. Fleming, of Fort Wayne, Ind., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Indiana, Hammond Division, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.